1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ELIZABETH BARAJAS, ET AL.,              No.  2:14-cv-1587-GEB-AC

12                  Plaintiffs,

13          v.                                 ORDER TO SHOW CAUSE

14    COUNTY OF YOLO,

15                  Defendant.

16

17          Plaintiffs are proceeding in this action in pro per.  On September 8, 2014, plaintiff

18    Elizabeth Barajas filed a motion seeking an extension of time to file an amended complaint.  ECF

19    No. 5.  That request not being signed by any other plaintiff, the court granted plaintiff Elizabeth

20    Barajas' request as to her only on September 15, 2014.  ECF No. 6.  On October 3, 2014, all four

21    plaintiffs filed a second motion for extension of time, in order to secure counsel.  ECF No. 7.  The

22    court granted plaintiffs' request while warning them that an indefinite extension to find counsel

23    would not be allowed.  ECF No. 8.  Plaintiffs were directed to file an amended complaint by

24    October 31, 2014.  Id.  Plaintiffs have yet to file an amended complaint.

25          Accordingly, IT IS HEREBY ORDERED that plaintiffs shall each show cause in writing

26    within fourteen (14) days of the date of this order why this action should not be dismissed

27    ////

28    ////

                                                   1

1   pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

2   DATED:  November 7, 2014

3   _____

4   ALLISON CLAIRE
    UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28